# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JACOB FAY LUKE, SR

NO. 2020 KW 0506

**JUNE 19, 2020**

---

In Re:    Jacob Fay Luke, Sr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 721161, 718826.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion at issue, the district court's ruling, the bill of information, pertinent district court minutes, transcript of the proceedings (if any), and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before August 19, 2020. Any future filing on this issue must include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.